IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 5:14-CR-41-MTT |
| vs. | : |
| | : Violations: |
| RICHARD CURTIS HUNNICUTT | : 18 U.S.C. § 1709 |
| | : |
| | : |

THE GRAND JURY CHARGES:

## COUNTS ONE THROUGH EIGHT

**(Theft of Mail Matter by Officer or Employee)**

Within the dates listed in Counts One through Eight, those dates being inclusive, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this court,

**RICHARD CURTIS HUNNICUTT,**

who was then a United States Postal Service employee and who had been entrusted with mail matter as set forth below, mail matter which was intended to be forwarded through and delivered from any post office and station thereof and intended to be conveyed by the United States mail from and to the parties specified below and made known to the grand jury, did unlawfully and knowingly embezzle, steal, abstract and remove from said mail matter, prescription medicine from Veterans Affairs and its customers, in violation of Title 18, United States Code, Section 1709.

| Count | Item | From | To | Date Scanned |
|---|---|---|---|---|
| 1 | 60 Hydrocodone 7.5/Acetaminophen 325MG | Veterans Affairs | C.L.A. | 10/23/2013 |
| 2 | 180 Hydrocodone 7.5/Acetaminophen 325MG | Veterans Affairs | L.H.F. | 10/26/2013 |
| 3 | 150 Hydrocodone 10/Acetaminophen 325MG | Veterans Affairs | E.T. | 10/25/2013 |
| 4 | 90 Hydrocodone 10/Acetaminophen 325MG | Veterans Affairs | D.E.H. | 10/04/2013 |
| 5 | 120 Hydrocodone 7.5/Acetaminophen 325MG | Veterans Affairs | T.R.S. | 10/04/2013 |
| 6 | 60 Hydrocodone 7.5/Acetaminophen 325MG | Veterans Affairs | R.W.B. | 10/23/2013 |
| 7 | 120 Hydrocodone 10/Acetaminophen 325MG | Veterans Affairs | J.H.R. | 02/05/2013 |
| 8 | 90 Hydrocodone 10/Acetaminophen 325MG | Veterans Affairs | G.F.L. | 12/06/2012 |

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ____ day of July, AD 2014.

_____
Deputy Clerk